**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY**

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO. 5:25-cr-00167**

**MARK RADCLIFFE**

**SENTENCING MEMORANDUM OF THE UNITED STATES**

Defendant pled guilty by way of information to Conspiracy to Introduce Misbranded Drugs in Interstate Commerce in violation of 18 U.S.C. §371. The Probation Officer correctly calculated the guideline range to be 0 to 7 months of imprisonment.

### I.    Objections to Presentence Report

The United States has no outstanding objections to the report. Defendant objects to the defendant being characterized as being a person in position of trust as set forth in Section 3B1.3 and the application of defendant's conviction for Conspiracy being included as a prior sentence.  The United States agrees with the probation office's calculation and inclusion of the defendant's prior conviction for sentencing purposes.  However, based on the criminal charge in question and the defendant's minimal sentencing exposure, the objections have no meaningful effect.

II.  **Nature and Circumstances of the Offense and the History and Characteristics of the Offender**

(A)  **Nature and Circumstances of the Offense**

The United States incorporates Paragraphs 5-26 of the Presentence Investigation Report as a true and correct description of the events leading to the involvement of this defendant in the HOPE Clinic matter.

Defendant managed HOPE Clinic from September 2010 until the organization's demise in Beckley, Raleigh County, West Virginia. On July 29, 2014, the defendant enabled Dr. Mehta at the clinic to write a prescription for compounded oxycodone, which was not medically necessary or for a legitimate medical purpose. Generally, the defendant conspired with Dr. Blume, Dr. Mehta and pharmacist O'Dell to misbrand prescription drugs.

(B)  **History and Characteristics of the Offender**

Defendant is 68 years old and married.  Defendant reports a good childhood.  Defendant is a college graduate and served in the United States Air Force as an officer and was honorably discharged. Defendant worked in the medical field for the majority of his post military career and is now retired.  Defendant was convicted in 2016 for the crime of Conspiracy to Tamper with a Witness by way of a jury trial and was sentenced to 60 months in federal prison.

2

### III.  Statutory Objectives

    **(A)  To Reflect the Seriousness of the Offense, Promote Respect for the Law, and Provide Just Punishment**

    **(B)  To Afford Adequate Deterrence**

    **(C)  To Protect the Public from Further Crimes**

    **(D)  To Provide Training/Medical Care/Treatment**

Defendant engineered the creation of HOPE Clinic.  The stated goal of the clinic was to allow physicians a place to safely prescribe prescribed pain medication to patients with the goal of moving them off medication and preventing patients from abusing or diverting medications.  Over time, the clinic's physicians prescribed large amounts of prescribed medications without a legitimate medical purpose. Defendant's involvement caused misery and harm, seemingly in the interest of personal enrichment.

A sentence within the guideline range would serve the ends of justice.

### IV.  Sentencing Range/Available Sentences

Pursuant to 18 U.S.C. §371, defendant faces up to 1 year of imprisonment. Based on the Total Offense Level of 6 and the criminal history category of II, the resulting guideline range is 0 to 7 months of imprisonment. A sentence of imprisonment within this range is sufficient but not greater than is necessary to meet the statutory sentencing goals.

3

**V.   The Need to Avoid Unwarranted Disparities**

A sentence within the guideline range of 0 to 7 months of imprisonment would meet this objective.

**VI.   Restitution**

Restitution is not an issue.

**VII. Witnesses/Length of Hearing**

The United States does not anticipate calling any witnesses at the sentencing hearing.  It expects the sentencing hearing will last 30 minutes.

**Conclusion**

A sentence of imprisonment within the guideline range of 0 to 7 months of imprisonment would meet the statutory objectives of sentencing and would be appropriate herein.

Respectfully submitted,

MOORE CAPITO
United States Attorney

By:  /s/ Brian D. Parsons, AUSA
     BRIAN D. PARSONS
     Assistant United States Attorney
     WV State Bar No. 8105
     110 North Heber Street, Room 261
     Beckley, WV  25801
     Phone:  304-253-6722
     Fax:  304-253-9206
     E-Mail:  brian.parsons@usdoj.gov

4

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "SENTENCING MEMORANDUM OF THE UNITED STATES" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 29th day of January, 2026, to:

Derrick W. Lefler
1607 Honaker Avenue
Princeton, WV 24740

/s/ Brian D. Parsons, AUSA
BRIAN D. PARSONS
Assistant United States Attorney
WV State Bar No. 8105
110 North Heber Street, Room 261
Beckley, WV  25801
Phone:  304-253-6722
Fax:  304-253-9206
E-Mail:  brian.parsons@usdoj.gov

5