# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 2/13/2026 | Case Number: | 5:25-cr-00167 |
| Case Style: | USA vs. Mark Radcliffe | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Tabitha Jarrell |

Attorney(s) for the Plaintiff or Government:

Brian Parsons

Attorney(s) for the Defendant(s):

Derrick Lefler

| | |
|---|---|
| Law Clerk: | Ciara Peacock |
| Probation Officer: | Jacob Grimmett |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:50 AM | 11:05 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 15 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start Time: 10:30
Actual Start Time: 1050

Defendant present in person and by counsel for sentencing as to Single Count Information
Counsel noted appearances on the record.
Defendant placed under oath by Courtroom Deputy.

Court has a few preliminary matters the need to be addressed before sentencing can move forward.

The PF&R was inadvertently entered late and objection period for each party is not ripe - that alone means we cannot go forward today.

More importantly, the PSR is inadequate in the coverage the Court needs to accurately access the completeness and complexity of this case. The Court is also considering rejecting the plea agreement - further comments.

An order will follow to counsel and probation.

AUSA Parsons responds
Court asks about GJ transcripts
AUSA Parsons replies
Attorney Lefler responds

Court recessed at 1105