**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION NO. 5:25-cr-000167

MARK T. RADCLIFFE

## ORDER

On October 28, 2025, all counsel and the Defendant appeared for a guilty plea hearing. The single-count information charges the Defendant with conspiring to introduce and cause to be introduced into interstate commerce quantities of misbranded oxycodone and hydrocodone, held for sale after shipment in interstate commerce, in violation of 18 U.S.C. § 371. [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on February 5, 2026. [ECF 14]. Objections in this case were due on February 23, 2026. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 14**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Revised Presentence Investigation Report, as ordered by the Court on February 18, 2026. [ECF 16]. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are revised as follows:

| Deadline | Date |
|---|---|
| Draft revised presentence report to the parties | 05/25/2026 |
| Parties' objections to the draft revised presentence report | 06/08/2026 |
| Final presentence report to the Court | 06/22/2026 |

| Sentencing memoranda | 06/29/2026 |

The sentencing hearing, commenced but not concluded on February 13, 2026, is **CONTINUED** to **July 24, 2026, at 10:00 a.m. in Beckley.**

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and his/her counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:    May 4, 2026

Frank W. Volk
Chief United States District Judge